**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

Miguel Rodriguez-Vazquez

   Petitioner

      v.

United States of America

   Respondent.

Civ. No. 05-1255(PG)
(Re: Crim. No. 02-393(PG))

| Re: | ORDER |
|---|---|
| Docket **# 20** – MAGISTRATE-JUDGE'S REPORT AND RECOMMENDATION | Upon de novo review of the Magistrate Judge's Report and Recommendation ("R&R"), as well as the objections thereto, the Court finds no reason to depart from the Magistrate Judge's sound findings and conclusions. What is more in <u>U.S. v. Booker</u>, 543 U.S. 220 (2005), the Supreme Court stated that its "holdings-both the Sixth Amendment holding and [the] remedial interpretation of the Sentencing Act-" would apply "to all cases on direct review" and not collateral review. <u>Id.</u>, at 268. Accordingly, the Court **ADOPTS** the R&R **DENIES** petitioner's motion **(Docket No. 1.)** Lastly, as noted by the previous magistrate judge in her R&R (<u>see</u> Docket No. 11), petitioner's motion is time-barred and his rights to jury trial and due process have not been violated. Therefore, he is not entitled to a Certificate of Appealability either. Judgment shall be entered dismissing this action. |

IT IS SO ORDERED

In San Juan, Puerto Rico, August 16, 2006.

                                      S/JUAN M. PEREZ-GIMENEZ
                                      U.S. District Judge